1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561
   Facsimile: (559) 487-5950
5
   Attorneys for Defendant
6  ANTHONY RODRIGUEZ

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00236-NONE-SKO |
   | --- | --- |
12 | Plaintiff, | STIPULATION TO CONTINUE DETENTION HEARING; |
13 | v. | ORDER THEREON |
14 | ANTHONY RODRIGUEZ, | DATE: January 14, 2021 |
   |                    | TIME: 2:00 p.m. |
15 | Defendant. | JUDGE: Erica P. Grosjean |

16

17         IT IS HEREBY STIPULATED by and between the Parties hereto, and through their

18 respective attorneys of record, that the detention hearing in the above-referenced action currently

19 scheduled for January 11, 2021 at 2:00 p.m., may be continued until January 14, 2021 at 2:00

20 p.m.

21         Good cause exists for the requested continuance. The defendant needs additional time to

22 locate suitable housing, and to convey information regarding his housing plans to the Pretrial

23 Services Office. Granting the continuance will conserve time and resources for all parties and the

24 Court.

25 //

26 //

27 //

28 //

Time has already been excluded by Order of this Court until March 17, 2021. *See* ECF No. 3. The parties, however, agree in an abundance of caution, that the delay resulting from this requested continuance shall be excluded in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO STIPULATED.

Dated: January 8, 2021

*/s/ Jaya Gupta*
JAYA C. GUPTA
Assistant Federal Defender
Counsel for Defendant Anthony Rodriguez

Dated: January 8, 2021

*/s/ Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney
Counsel for Plaintiff
United States of America

1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561
   Facsimile: (559) 487-5950
5
   Attorneys for Defendant
6  ANTHONY RODRIGUEZ

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-0236-NONE-SKO
12 | Plaintiff, | ORDER
13 | v. |
14 | ANTHONY RODRIGUEZ, |
15 | Defendant. |

17                          **O R D E R**

18     Upon the Parties' stipulation and for good cause shown, the detention hearing currently

19 scheduled for January 11, 2021 at 2:00 p.m. is continued until January 14, 2021 at 2:00 p.m.

20 Time is also excluded in the interest of justice and to allow for defense preparation, pursuant to

21 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

22

23 IT IS SO ORDERED.

24
      Dated:  **January 8, 2021**           /s/ Erica P. Grosjean
25                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER         -3-