IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>ANTHONY RODRIGUEZ,<br><br>      Defendant. | CASE NO.  1:20-CR-00236-NONE-SKO<br><br>ORDER PROHIBITING CONTACT WITH WITNESSES |

WHEREAS on January 14, 2021, the Court issued a temporary order prohibiting defendant Anthony Rodriguez from contacting the witnesses in this case and asked for supplemental briefing on the question of a permanent order (Dkt. No. 13), and

WHEREAS the government filed supplemental briefing on January 15 (Dkt. No. 15) and the defendant indicated that there was no opposition to the government's request for a permanent no-contact order (Dkt. No. 18),

IT IS HEREBY ORDERED THAT:

Defendant Anthony Rodriguez, aka Anthony Rito Lara, shall not contact (in person, by telephone, in writing, or by any means, or through any other person), or attempt to contact his minor children, who are victims and/or witnesses in this case.

IT IS SO ORDERED.

Dated:   **March 2, 2021**　　　　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

NO-CONTACT ORDER　　　　　　　　　1