HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
FAX: (559) 487-5950

Attorneys for Defendant
ANTHONY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>        v.<br><br>ANTHONY RODRIGUEZ,<br><br>                            Defendant. | CASE NO.  1:20-CR-00236-NONE<br><br>STIPULATION TO CONTINUE SENTENCING DATE; ORDER<br><br>DATE: November 19, 2021<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Anthony Rodriguez, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 19, 2021.

2. By this stipulation, defendant now moves to continue the sentencing until December 17, 2021. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes voluminous jail phone calls, as well as additional electronic evidence only recently discovered as part of a different related investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

RODRIGUEZ: STIPULATION TO CONTINUE SENTENCING     1

        b)      Counsel for defendant desires additional time to review the jail calls and the new electronic evidence in order to prepare for sentencing.

        c)      Counsel for defendant has also been diligently seeking juvenile and military records related to defendant and vital at sentencing, and continues to do so.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 15, 2021       */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Counsel for Defendant
ANTHONY RODRIGUEZ

Dated: September 15, 2021       */s/ Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **September 15, 2021**       _____
UNITED STATES DISTRICT JUDGE