PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
ALEXANDRE M. DEMPSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00236-NONE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| v. | DATE: December 17, 2021 |
| ANTHONY RODRIGUEZ, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 17, 2021.

2. By this stipulation, defendant now moves to continue the sentencing until January 12, 2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes voluminous jail phone calls, as well as additional electronic evidence only recently discovered as part of a different related investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant wishes for sentencing to occur in-person.  The realities of the COVID-19 pandemic and the participants' holiday schedules mean that an in-person sentencing cannot occur before January 12, 2022.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated:  October 27, 2021                             PHILLIP A. TALBERT
                                                                        Acting United States Attorney

                                                                        /s/ LAURA D. WITHERS
                                                                        LAURA D. WITHERS
                                                                        Assistant United States Attorney

Dated:  October 27, 2021                             /s/ MEGHAN D. McLOUGHLIN
                                                                        MEGHAN D. McLOUGHLIN
                                                                        Counsel for Defendant
                                                                        ANTHONY RODRIGUEZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **November 8, 2021**                         _Dale A. Drozd_
                                                                        UNITED STATES DISTRICT JUDGE