1 | HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
2 | MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | FAX: (559) 487-5950

Attorneys for Defendant
ANTHONY RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00236-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| v. | DATE: February 15, 2022 |
| ANTHONY RODRIGUEZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Honorable Jennifer L. Thurston |

**STIPULATION**

Defendant Anthony Rodriguez, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 15, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until September 9, 2022. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes voluminous jail phone calls, as well as additional electronic evidence only recently discovered as part of a different related investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

RODRIGUEZ: STIPULATION TO CONTINUE SENTENCING      1

     b)     The parties have been preparing for an in-person sentencing hearing with the Court in good faith.

     c)     Unfortunately, due to the rise in COVID-19 cases and related medical quarantines at correctional facilities, an in-person proceeding is not possible on the scheduled date of February 15, 2022.

     d)     In addition, counsel for defendant will be taking extended medical leave beginning in March, and returning to work after August, 2022.

     e)     As a result, at this time, Mr. Rodriguez moves to continue sentencing until September 9, 2022, in order to fulfill Mr. Rodriguez's request for an in-person sentencing hearing and to ensure continuity of counsel.

     f)     Such a continuance will not prejudice Mr. Rodriguez, as he is facing a mandatory minimum 15-year custodial sentence, well in excess of time served, and he prefers to have his counsel of record present at the hearing.

     g)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation and argument at the sentencing hearing, taking into account the exercise of due diligence.

     h)     The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 1, 2022     */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Counsel for Defendant
ANTHONY RODRIGUEZ

Dated: February 1, 2022     */s/ Laura D. Withers*
LAURA D. WITHERS
Assistant United States Attorney

RODRIGUEZ: STIPULATION TO CONTINUE SENTENCING    2

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __February 1, 2022__  _____
UNITED STATES DISTRICT JUDGE