1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGHAN MCLOUGHLIN, NY# 5342100
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5  Meghan_Mcloughlin@fd.org

6  Attorney for Defendant
   ANTHONY RODRIGUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 1:20-cr-00236-JLT-SKO-1
                                       )
    Plaintiff,                         )  ORDER TO FILE EXHIBIT A UNDER SEAL
12                                     )
    vs.                                )
13                                     )
    ANTHONY RODRIGUEZ                  )
14                                     )
                                       )
15  Defendant.                         )
                                       )
16  _____

17       **IS HEREBY ORDERED** that the Request to Seal Exhibit A be granted so that the

18  confidential medical information it contains is not available on the public docket. The report is to

19  be provided to the Court and opposing counsel.

        These documents shall remain under seal until further Order of the Court.
20

21

22

23  IT IS SO ORDERED.

24      Dated:   **September 6, 2022**

25                                          _____
                                            UNITED STATES DISTRICT JUDGE
26

27

28

       *[Proposed] Order to Seal Documents*              -1-