# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.: 1:20-CR-00236 JLT SKO |
| Plaintiffs, | ) ORDER AUTHORIZING PAYMENT OF INVOICE FOR FEES TO GUARDIAN AD LITEM |
| v. | ) |
| ANTHONY RODRIGUEZ aka ANTHONY RITA-LARA, | ) |
| Defendant. | ) |

Having reviewed the September 30, 2022 invoice for fees in light of the entire record, including the seriousness of the charges and the specific allegations as to the child, the Court hereby authorizes payment in the amount of $2,220 to guardian ad litem David M. Myers, Esq.

IT IS SO ORDERED.

Dated:   **November 17, 2022**

UNITED STATES DISTRICT JUDGE

1